# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>      Plaintiff,<br><br>    vs.<br><br>MUTUAL OF OMAHA; and DOES 1 through 20, Inclusive,<br><br>      Defendants. | Case No. 2:16-CV-02560-WBS-CMK<br><br>Hon. William B. Shubb, Crtrm 5<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING RE DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>[Request for Telephonic Appearance filed concurrently]<br><br>Hearing Date: February 6, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5<br><br>Complaint Filed: September 2, 2016 |

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE
36244942v1 0991609

The Court has reviewed and considered Defendant Mutual of Omaha Insurance Company's ("Mutual") request to appear telephonically at the February 6, 2017 hearing on its motion to dismiss the complaint for failure to state a claim upon which relief may be granted [Dkt. No. 7].  GOOD CAUSE appearing, the Court hereby GRANTS the request and ORDERS as follows:

Mutual's counsel, Ophir Johna, may appear at the hearing telephonically. Counsel can be reached at the following telephone number at the time of the hearing: (213) 614-7329.  The courtroom deputy shall email counsel (ojohna@mail.hinshawlaw.com) with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: January 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE
36244942v1 0991609