HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>      Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA; and DOES 1 through 20, Inclusive,<br><br>      Defendants. | Case No. 2:16-CV-02560-WBS-CMK<br><br>Hon. William B. Shubb, Crtrm 5<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING RE DEFENDANT MUTUAL OF OMAHA INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Request for Telephonic Appearance filed concurrently]<br><br>Hearing Date: April 17, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5<br><br>Complaint Filed: September 2, 2016 |

The Court has reviewed and considered Defendant Mutual of Omaha Insurance Company's ("Mutual") request to appear telephonically at the April 17, 2017 hearing on its motion to dismiss the First Amended Complaint for failure to state a claim upon which relief may be granted [Dkt. No. 19]. GOOD CAUSE appearing, the Court hereby GRANTS the request and ORDERS as follows:

Mutual's counsel, Ophir Johna, may appear at the hearing telephonically. Counsel can be reached at the following telephone number at the time of the hearing: (213) 614-7329. The courtroom deputy shall email counsel (ojohna@mail.hinshawlaw.com) with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: April 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800