**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MUTUAL OF OMAHA;<br>and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | No. 2:16-CV-02560-WBS-CMK<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS ON APRIL 17, 2017**<br><br>Date　: April 17, 2017<br>Time　: 1:30 p.m.<br>Crtrm : 5<br>Judge: Hon. William B. Shubb |

Having reviewed and considered the request of plaintiff's counsel,

**IT IS HEREBY ORDERED** that plaintiff Donald Mann, by and through his attorney, John D. (Dugan) Barr, be, and hereby is, allowed to appear telephonically at the hearing of defendant's Motion to Dismiss scheduled to be heard on **April 17, 2017, at 1:30 p.m.,** in Courtroom 5, of the above-entitled Court located at 720 9th Street, Sacramento, California, before the Honorable William B. Shubb, with plaintiff's counsel, John D. Barr, to be available for the telephonic hearing shortly before 1:30 p.m. on April 17, 2017, at the telephone number of 530-243-8008.

///

///

Page 1
**[Proposed] Order Re Pltf's Req for Telephonic Appearance at Mtn to Dismiss on April 17, 2017**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: April 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 2
**[Proposed] Order Re Pltf's Req for Telephonic Appearance at Mtn to Dismiss on April 17, 2017**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008