MARTIN E. ROSEN (SBN 108998)
mrosen@hinshawlaw.com
MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Mutual of Omaha Insurance Company
erroneously sued as "Mutual of Omaha"

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MUTUAL OF OMAHA; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-02560-WBS-CMK<br><br>Assigned to Hon. William B. Shubb<br>Courtroom 5<br><br>ORDER ON THE PARTIES JOINT STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES<br><br>Complaint Filed: September 2, 2016 |

[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO
CONTINUE CERTAIN PRETRIAL DATES
300648717v1 0991609

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

Having considered and reviewed the Parties' Joint Stipulation to Continue Certain Pretrial Dates entered into by Plaintiff Donald Mann ("Plaintiff") and Defendant Mutual of Omaha Insurance Company ("Defendant") by and through their respective counsel pursuant to Fed. Rules of Civ. Proc. 16(b)(4), and good cause being found, IT IS HEREBY ORDERED that the following pretrial dates are adjusted as follows:

    Expert Disclosure: **2/23/18** (prior date: 12/22/17)

    Rebuttal Expert Disclosure: **3/26/18** (prior date: 1/19/18)

    Discovery cutoff: **4/20/18** (prior date: 2/20/18)

    Last day to file motions: **5/1/18** (prior date: 4/9/18)

The trial date and the date for the final pretrial conference remain unchanged.

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES
300648717v1 0991609