**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>   Plaintiffs,<br><br>vs.<br><br>MUTUAL OF OMAHA;<br>and DOES 1 through 20, Inclusive,<br><br>   Defendants. | No. 2:16-CV-02560-WBS-CMK<br><br>**(Honorable William B. Shubb)**<br><br>**PARTIES' <u>AMENDED</u> JOINT STIPULATION TO CONTINUE CERTAIN PRETRIAL AND TRIAL DATES; ORDER THEREON**<br><br>**Complaint Filed: September 2, 2016** |

  Whereas Plaintiff Donald Mann ("Plaintiff") and Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") agree that as set forth in the concurrently-filed declaration of plaintiffs' trial counsel, John Douglas Barr, Mr. Barr has an unforeseen medical issue precluding the maintenance of the pre-trial and trial dates in this action, as currently set;

  Whereas Plaintiff's co-counsel, Cathleen Theresa Barr, has been practicing for less than five years and has no experience preparing for and trying a complicated insurance bad faith action alone, and therefore would need the assistance of a more senior trial attorney well versed in insurance bad faith litigation both for pre-trial preparation and to act as primary trial counsel, to ensure plaintiff is not prejudiced;

Page 1
**Parties <u>Amended</u> Joint Stipulation to Continue Trial and Pretrial Dates; Order Thereon**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Whereas Plaintiff's cognitive condition is a central question in this action for long term care benefits, and both parties' experts' opinions would be most helpful if such experts could observe Plaintiff and make judgments as to his condition closer to trial than is contemplated by the current pretrial order should the trial date move;

Whereas neither party will experience any prejudice as a result of the proposed adjustment of pretrial dates; and

Therefore, pursuant to Fed. R. Civ. Proc. 16(b)(4), good cause being shown, the parties, by and through their respective counsel, hereby stipulate to move the trial to a time convenient to the Court in the beginning of 2019, and adjust the pretrial dates accordingly. (The parties have set forth specific proposed dates in the proposed order they are lodging concurrently.)

**IT IS SO STIPULATED.**

DATED: February 12, 2018                    BARR & MUDFORD

  /s/  Cathleen Theresa Barr
JOHN DOUGLAS BARR
CATHLEEN THERESA BARR
Attorney for Plaintiff,
DONALD MANN


DATED: February 12, 2018                    HINSHAW & CULBERTSON, LLP

  /s/  Martin E. Rosen
MARTIN E. ROSEN
MICHAEL A.S. NEWMAN
Attorney for Defendant,
MUTUAL OF OMAHA INSURANCE
COMPANY, erroneously sued as
"MUTUAL OF OMAHA"

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
**Parties Amended Joint Stipulation to Continue Trial and Pretrial Dates; Order Thereon**

**IT IS HEREBY ORDERED** that Pretrial Scheduling Order of this court should be, and is hereby, modified as follows:

| DEADLINE | CURRENT SCHEDULING ORDER | PROPOSED SCHEDULING ORDER |
| --- | --- | --- |
| Expert Disclosure | February 23, 2018 | August 27, 2018 |
| Rebuttal Expert Disclosure | March 26, 2018 | October 1, 2018 |
| Discovery Cutoff | April 20, 2018 | November 2, 2018 |
| Last day to file Motions | May 1, 2018 | November 19, 2018 |
| Pretrial Conference | June 18, 2018 at 1:30 p.m. | **February 11, 2019 at 1:30 p.m.** |
| Trial | August 14, 2018 at 9:00 a.m. | **April 9, 2019 at 9:00 a.m.** |

Dated: February 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 3
**Parties <u>Amended</u> Joint Stipulation to Continue Trial and Pretrial Dates; Order Thereon**