**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN,<br><br>      Plaintiffs,<br><br>vs.<br><br>MUTUAL OF OMAHA;<br>and DOES 1 through 20, Inclusive,<br><br>      Defendants. | No. 2:16-CV-02560-WBS-DMC<br><br>**(Honorable William B. Shubb)**<br><br>**ORDER RE PLAINTIFF DONALD MANN AND DEFENDANT MUTUAL OF OMAHA'S JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DATES**<br><br>**DEPT : Courtroom 5, 14th Floor**<br>**(The parties jointly request that the court advance the hearing date to the present time and have stipulated to waive the hearing unless the Court's tentative ruling is to deny the motion)**<br><br>**Complaint Filed: September 2, 2016** |

Plaintiff Donald Mann and Defendant Mutual of Omaha's Joint Motion to Continue Trial and Pretrial Dates was presented in Courtroom 5 of this court on October 1, 2018, at 1:30 p.m. **Good cause appearing therefor**,

    **IT IS HEREBY ORDERED** that Pretrial Scheduling Order of this court should be, and is hereby, modified as follows:

    **DEADLINE**        **CURRENT SCHEDULING.**    **PROPOSED SCHEDULING**

Page 1
**[Proposed] Order Re The Parties' Joint Motion to Continue Trial and Pretrial Dates**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

|  | ORDER | ORDER |
|---|---|---|
| Expert Disclosure | August 27, 2018 | October 1, 2018 |
| Rebuttal Expert Disclosure | October 1, 2018 | November 1, 2018 |
| Discovery Cutoff | November 2, 2018 | January 4, 2019 |
| Last day to file Motions | November 19, 2018 | January 18, 2019 |
| Pretrial Conference | February 11, 2019 at 1:30 p.m. | **April 15, 2019 at 1:30 p.m.** |
| Trial | April 9, 2019 at 9:00 a.m. | **June 11, 2019 at 9:00 a.m.** |

Dated: September 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**[Proposed] Order Re The Parties' Joint Motion to Continue Trial and Pretrial Dates**