# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANN, | Case No. 2:16-CV-02560-WBS-CMK |
| Plaintiff, | |
| vs. | **ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE** |
| MUTUAL OF OMAHA; and DOES 1 through 20, Inclusive, | |
| Defendants. | **FRCP 41(A)** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE